UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23464 CIV-KING/McALILEY

PALM BAY INTERNATIONAL, INC.,

      Plaintiff,

vs.

CORK ALLIANCE, INC. doing business
as Southern Vines, Inc. and HORACIO O.
PEIRO,

      Defendants.

_____/

## DECLARATION OF RUSSELL D. DIZE

      I, RUSSELL D. DIZE, pursuant to the requirements of 28 U.S.C. §1746, declare that the following is true and correct under the penalties of perjury:

      1.    I am a Partner with Grimes & Battersby, LLC in Norwalk, Connecticut, counsel to Plaintiff, Palm Bay International, Inc. ("Palm Bay") in the above-captioned action. I am fully familiar with the facts set forth herein. I submit this declaration in support of Plaintiff's Motion for Summary Judgment.

      2.    True and correct copies of the relevant transcript pages from the deposition of Michael Petteruti, Senior Vice President, Palm Bay, are attached hereto as Exhibit A.

      3.    True and correct copies of the relevant transcript pages from the deposition of Dennis Delaney, Senior Vice President, Palm Bay, are attached hereto as Exhibit B.

4. True and correct copies of the relevant transcript pages from the deposition of Marcy Whitman, Senior Vice President, Palm Bay, are attached hereto as Exhibit C.

5. True and correct copies of the relevant transcript pages from the deposition of Ken Schulman, employee of Southern Wine & Spirits, are attached hereto as Exhibit D.

6. True and correct copies of the relevant transcript pages from the deposition of Lydia Tremble, Central & Northern Florida Area Manager, Palm Bay, are attached hereto as Exhibit E.

7. True and correct copies of the relevant transcript pages from the deposition of David Morrison, Southeast Division Manager – Quantum Division, Palm Bay, are attached hereto as Exhibit F.

8. True and correct copies of the relevant transcript pages from the deposition of Jon Edwards, Florida State Manager, Palm Bay, are attached hereto as Exhibit G.

9. True and correct copies of the relevant transcript pages from the deposition of Michael Dominguez, Vice President of Cork Alliance, Inc., are attached hereto as Exhibit H.

10. True and correct copies of the relevant transcript pages from the deposition of Armando Alvarino are attached hereto as Exhibit I.

11. A true and correct copy of the Interrogatory responses of Cork Alliance, Inc. are attached hereto as Exhibit J.

12. A true and correct copy of the Expert Report of Dr. Dan Sarel, Plaintiff's survey expert, is attached hereto as Exhibit K.

13. True and correct copies of pages from Plaintiff's document production, bates-numbered PBI000004 through PBI000017, are attached hereto as Exhibit L.

14. A true and correct copy of Defendants' Deposition Exhibit 13 is attached hereto as Exhibit M.

15. A true and correct copy of the Rebuttal Expert Report of Dr. Dan Sarel, Plaintiff's survey expert, is attached hereto as Exhibit N.

16. The deposition of Dr. Michael Rappeport, Defendants' survey expert, was taken on June 29, 2011. Despite a timely request for an expedited transcript, the transcript of this deposition was not available as of the date of filing Plaintiff's Motion for Summary Judgment. Plaintiff will supply appropriate citations and relevant transcript pages in a supplemental filing as soon as the transcript is available.

I declare that the foregoing is true and correct under the penalty of perjury.

Dated: July 1, 2011

_____
Russell D. Dize