# EXHIBIT L

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-03-10 10:29:59 ET

Serial Number: 79010143 Assignment Information    Trademark Document Retrieval

Registration Number: 3093422

Mark



(words only): C CAVIT TRENTO

Standard Character claim: No

Current Status: Registered. The registration date is used to determine when post-registration maintenance documents are due.

Date of Status: 2006-05-16

Filing Date: 2004-09-28

Transformed into a National Application: No

Registration Date: 2006-05-16

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2006-05-16

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO Società Cooperativa

**Address:**
CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO Società Cooperativa
Via del Ponte, 31 I-38123 TRENTO
Italy
**Legal Entity Type:** SOCIETA COORERATIVE
**State or Country Where Organized:** Italy

## GOODS AND/OR SERVICES

**International Class:** 033
**Class Status:** Active
Wines, sparkling wines, distilled spirits and liquors
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Disclaimer:** Trento

**Description of Mark:** The mark consists of the stylized letter "C" containing three arrows inside the letter "C" and a circle around the letter "C" and arrow design.

**Design Search Code(s):**
24.15.10 - Arrows, more than one; More than one arrow
24.15.25 - Other arrows
26.03.02 - Ovals, plain single line; Plain single line ovals
26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved

**Prior Registration Number(s):**
1174470
2476352
2876168

## MADRID PROTOCOL INFORMATION

**International Registration Number:** 0847162
**International Registration Date:** 2004-09-28
**Priority Claimed:** Yes
**Date of Section 67 Priority Claim:** 2004-04-06
**International Registration Status:** Request For Extension Of Protection Processed
**Date of International Registration Status:** 2005-05-12
**International Registration Renewal Date:** 2014-09-28
**Notification of Designation Date:** 2005-05-12
**Date of Automatic Protection:** 2006-11-12
**Date International Registration Cancelled:** (DATE NOT AVAILABLE)

**First Refusal:** Yes

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-01-20 - Change Of Name/Address Rec'D From IB

2008-03-16 - TEAS Change Of Correspondence Received

2007-02-01 - Final Decision Transaction Processed By IB

2007-01-12 - Final Disposition Notice Sent To IB

2007-01-12 - Final Disposition Processed

2006-11-20 - Final Disposition Notice Created, To Be Sent To IB

2006-05-16 - Registered - Principal Register

2006-02-21 - Published for opposition

2006-02-01 - Notice of publication

2006-01-07 - Law Office Publication Review Completed

2005-12-04 - Approved for Pub - Principal Register (Initial exam)

2005-11-21 - Examiner's Amendment Entered

2005-11-18 - Assigned To LIE

2005-11-17 - EXAMINERS AMENDMENT E-MAILED

2005-11-17 - Examiners Amendment -Written

2005-11-17 - Previous Allowance Count Withdrawn

2005-11-16 - Approved for Pub - Principal Register (Initial exam)

2005-10-27 - Teas/Email Correspondence Entered

2005-10-19 - Communication received from applicant

2005-10-19 - TEAS Response to Office Action Received

2005-10-19 - TEAS Change Of Correspondence Received

2005-09-02 - Change Of Owner Received From IB

2005-07-08 - Refusal Processed By IB

2005-05-19 - Non-final action mailed

2005-05-16 - Non-Final Action Written

2005-05-13 - Assigned To Examiner

2005-05-13 - New Application Entered In Tram

2005-05-12 - Sn Assigned For Sect 66a Appl From IB

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
Mark Lebow
YOUNG & THOMPSON
Suite 500
209 Madison Street
Alexandria VA 22314
Phone Number: 703-521-2297
Fax Number: 703-685-0573

PTX000008

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-03-10 10:30:55 ET

Serial Number: 76523099 Assignment Information  Trademark Document Retrieval

Registration Number: 2885927

Mark





(words only): CAVIT COLLECTION

Standard Character claim: No

Current Status: A Sections 8 and 15 combined declaration has been accepted and acknowledged.

Date of Status: 2010-09-14

Filing Date: 2003-06-13

Transformed into a National Application: No

Registration Date: 2004-09-21

Register: Principal

Law Office Assigned: LAW OFFICE 105

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: L50 -TMEG Law Office 105

Date In Location: 2010-09-14

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA

**Address:**
CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO
SOCIETA COOPERATIVA
VIA DEL PONTE 31
TRENTO I-38123
Italy
**Legal Entity Type:** COOPERATIVE SOCIETY
**State or Country Where Organized:** Italy

## GOODS AND/OR SERVICES

**International Class:** 033
**Class Status:** Active
wines
**Basis:** 1(a)
**First Use Date:** 2003-05-05
**First Use in Commerce Date:** 2003-05-05

## ADDITIONAL INFORMATION

**Disclaimer:** COLLECTION

**Design Search Code(s):**
05.01.01 - Evergreens and other trees or bushes of triangular or conical shape; Pine tree
06.01.04 - Mountains (landscapes); Scenery with mountains
06.09.03 - Farms
07.01.02 - Farmhouse

**Prior Registration Number(s):**
1174470
2046921
2476352

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2010-09-14 - Section 8 (6-year) accepted & Section 15 acknowledged

2010-09-13 - Case Assigned To Post Registration Paralegal

2010-08-26 - TEAS Section 8 & 15 Received

2010-06-02 - Automatic Update Of Assignment Of Ownership

2009-10-05 - Section 7 amendment issued

2009-08-06 - Section 7 amendment filed

2009-10-01 - Review Of Correspondence Complete

2009-08-31 - Post Registration action mailed - Section 7

2009-08-20 - Assigned To Paralegal

2009-08-06 - FAX RECEIVED

2009-08-05 - TEAS Section 7 Request Received

2008-03-16 - TEAS Change Of Correspondence Received

2004-09-21 - Registered - Principal Register

2004-06-29 - Published for opposition

2004-06-09 - Notice of publication

2004-03-31 - Approved for Pub - Principal Register (Initial exam)

2004-03-12 - Communication received from applicant

2004-03-12 - PAPER RECEIVED

2003-09-24 - Non-final action mailed

2003-09-17 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ROBERT J. PATCH

**Correspondent**
Mark Lebow
YOUNG & THOMPSON
Suite 500
209 Madison Street
Alexandria VA 22314
Phone Number: 703-521-2297
Fax Number: 703-685-0573

**Domestic Representative**

ROBERT J. PATCH

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-03-10 10:32:15 ET

Serial Number: 73234205 Assignment Information    Trademark Document Retrieval

Registration Number: 1174470

Mark



(words only): CAVIT

Standard Character claim: No

Current Status: The registration has been renewed.

Date of Status: 2002-10-26

Filing Date: 1979-10-09

Transformed into a National Application: No

Registration Date: 1981-10-20

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2009-10-26

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA' COOPERATIVA

**Address:**
CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO
SOCIETA' COOPERATIVA
VIA DEL PONTE 31
TRENTO I-38123
Italy
**Legal Entity Type:** COOPERATIVE SOCIETY
**State or Country Where Organized:** Italy

## GOODS AND/OR SERVICES

**International Class:** 033
**Class Status:** Active
Wine
**Basis:** 1(a)
**First Use Date:** 1978-12-21
**First Use in Commerce Date:** 1978-12-21

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2010-12-01 - Automatic Update Of Assignment Of Ownership

2010-08-18 - Assignment Of Ownership Not Updated Automatically

2009-09-01 - Section 7 amendment issued

2009-08-20 - Assigned To Paralegal

2009-08-05 - TEAS Section 7 Request Received

2008-03-15 - TEAS Change Of Correspondence Received

2008-02-29 - Case File In TICRS

2002-10-26 - First renewal 10 year

2002-10-26 - Section 8 (10-year) accepted/ Section 9 granted

2002-06-23 - Section 7 amendment issued

2002-03-28 - Response received for Post Registration action

2001-12-31 - Post Registration action mailed - Section 7

2001-10-22 - Section 7 amendment filed

2001-10-22 - Combined Section 8 (10-year)/Section 9 filed

1988-03-24 - Section 8 (6-year) accepted & Section 15 acknowledged

1987-09-11 - Section 8 (6-year) and Section 15 Filed

1981-10-20 - Registered - Principal Register

1981-07-28 - Published for opposition

1981-07-28 - Published for opposition

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
MARK LEBOW

**Correspondent**
Mark Lebow
YOUNG & THOMPSON
Suite 500
209 Madison Street
Alexandria VA 22314
Phone Number: 703-521-2297
Fax Number: 703-685-0573

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-03-10 10:30:42 ET

**Serial Number:** 77787905 Assignment Information      Trademark Document Retrieval

**Registration Number:** 3749765

**Mark**

# CAVIT

**(words only):** CAVIT

**Standard Character claim:** Yes

**Current Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Date of Status:** 2010-02-16

**Filing Date:** 2009-07-23

**Transformed into a National Application:** No

**Registration Date:** 2010-02-16

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2010-02-16

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Cavit Cantina Viticoltori Consorzio Cantine Sociali del Trentino S. C

**Address:**
Cavit Cantina Viticoltori Consorzio Cantine Sociali del Trentino S. C
Via del Ponte 31
Trento I-38123
Italy
**Legal Entity Type:** societa cooperativa (sc)
**State or Country Where Organized:** Italy

## GOODS AND/OR SERVICES

**International Class:** 033
**Class Status:** Active
Wines
**Basis:** 1(a)
**First Use Date:** 1978-12-21
**First Use in Commerce Date:** 1978-12-21

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1174470
2876168
2885765

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2010-05-27 - Applicant/Correspondence Changes (Non-Responsive) Entered

2010-05-27 - TEAS Change Of Owner Address Received

2010-05-26 - Applicant/Correspondence Changes (Non-Responsive) Entered

2010-05-26 - TEAS Change Of Owner Address Received

2010-02-16 - Registered - Principal Register

2009-12-01 - Notice Of Publication E-Mailed

2009-12-01 - Published for opposition

2009-10-28 - Law Office Publication Review Completed

2009-10-27 - Approved for Pub - Principal Register (Initial exam)

2009-10-26 - Assigned To Examiner

2009-10-13 - Applicant amendment prior to exam entered

2009-10-13 - Assigned To LIE

2009-10-05 - TEAS Voluntary Amendment Received

2009-07-27 - New Application Office Supplied Data Entered In Tram

2009-07-27 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mark Lebow

**Correspondent**
Mark Lebow
YOUNG & THOMPSON
Suite 500
209 Madison Street
Alexandria VA 22314
Phone Number: (703) 521-2297
Fax Number: (703) 685-0573