UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23464 CIV-KING/McALILEY

PALM BAY INTERNATIONAL, INC.,

      Plaintiff,

vs.

CORK ALLIANCE, INC. doing business
as Southern Vines, Inc. and HORACIO O.
PEIRO,

      Defendants.
_____/

## DECLARATION OF RUSSELL D. DIZE

I, RUSSELL D. DIZE, pursuant to the requirements of 28 U.S.C. §1746, declare that the following is true and correct under the penalties of perjury:

1. I am a Partner with Grimes & Battersby, LLC in Norwalk, Connecticut, counsel to Plaintiff, Palm Bay International, Inc. ("Palm Bay") in the above-captioned action. I am fully familiar with the facts set forth herein. I submit this declaration in opposition to Defendants' Motion to Exclude as Evidence the Survey and Expert Report of Dr. Dan Sarel and Preclude His Testimony at Trial.

2. True and correct copies of the relevant transcript pages from the deposition of Dr. Michael Rappeport, Defendants' survey expert, are attached hereto as Exhibit A.

3. True and correct copies of the relevant transcript pages from the deposition of Michael Petteruti, Senior Vice President, Palm Bay, are attached hereto as Exhibit B.

4. True and correct copies of the relevant transcript pages from the deposition of Michael Dominguez, Vice President of Cork Alliance, Inc., are attached hereto as Exhibit C.

5. True and correct copies of the relevant transcript pages from the deposition of Ken Schulman, employee of Southern Wine & Spirits, are attached hereto as Exhibit D.

6. True and correct copies of the relevant transcript pages from the deposition of Armando Alvarino, former salesman of CAVIA wines, are attached hereto as Exhibit E.

I declare that the foregoing is true and correct under the penalty of perjury.

Dated: July 18, 2011

_____
Russell D. Dize

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of July, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

Date:  July 18, 2011

                                    Respectfully submitted,

                                    /s/  Katherine W. Ezell
                                    Robert C. Josefsberg (Fla. Bar No. 040856)
                                    Katherine W. Ezell (Fla. Bar. No. 114771)
                                    PODHURST ORSECK, P.A.
                                    25 W. Flagler Street, Suite 800
                                    Miami, FL  33130
                                    Telephone:  (305) 358-2800
                                    Facsimile:  (305) 358-2382
                                    rjosefsberg@podhurst.com
                                    kezell@podhurst.com
                                    *Plaintiffs' Liaison Counsel*

                                    /s/  Russell D. Dize
                                    Charles W. Grimes (*pro hac vice* admission)
                                    Russell D. Dize (*pro hac vice* admission)
                                    GRIMES & BATTERSBY, LLC
                                    488 Main Avenue, Suite 300
                                    Norwalk, CT  06851-1008
                                    Telephone:  (203) 849-8300
                                    Facsimile:  (203) 849-9300
                                    grimes@gandb.com
                                    dize@gandb.com
                                    *Plaintiffs' Lead Counsel*

## SERVICE LIST

**PALM BAY INTERNATIONAL, INC. v. CORK ALLIANCE, INC., d/b/a SOUTHERN VINES, INC. and HORACIO O. PEIRO**

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 10-CV-23464-KING/McALILEY**

**Jennie S. Malloy**
jsmalloy@malloylaw.com
**Meredith Frank Mendez**
mmendez@malloylaw.com
**Oliver Alan Ruiz**
oruiz@malloylaw.com
**David Andrew Gast**
dgast@malloylaw.com
Malloy & Malloy, P.A.
2800 SW 3rd Avenue
Miami, FL  33129
Telephone:  (305) 858-8000
Fax:  (305) 858-0008
*Counsel for Defendants*
*Via E-Mail*